By the Court.
 

 Booth,
 
 Chief Justice.
 

 This is an action on the case in the nature I of waste, for injury to the reversion,
 
 luith a count in trover.
 
 The plaintiff contends that he has a right to the timber in every shape, and ¡wherever it is found in the wrong-doer’s hands, and having a fight ¡to the timber there he is entitled to its value there. The rule on the ¡subject of damages is generally the value of the property tajken, but ¡the jury may go beyond it. (2
 
 Wh. Selw.
 
 1417;
 
 Sound. Pl.
 
 &
 
 Ev.
 
 1887.) Interest from the conversion may be added. (4
 
 Watts.
 
 418.) [Where the chattel is not of a fixed or determinate value, its worth [at the time of the conversion is not the rule of damages, but they may [be enhanced according to the increased value of the chattel subsquent to that time.
 
 (West
 
 vs.
 
 Wentworth et al.; 3 Cowen
 
 82.) Where one [takes trees and saws them into boards, trover lies; and the measure of lamages is the value of the boards.
 
 (Baker
 
 vs.
 
 Wheeler et al., 8 Wend.
 
 505.) In the present case the damage to the r-eversion, if any, consists in cutting timber into saw logs and cord wood; and the value )f the cord wood at the .landing where it was delivered by the defendant, is greater than on the premises. The plaintiff has added to Ihis declaration in case a count in trover under which it is the opinion pf the court he is entitled to recover the value of this wood, at any [ime whilst it remained in defendant’s hands, though that value may lave been appreciated by his skill and labor.
 

 Verdict for plaintiffs.